UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

        -V-                                                                 ORDER

ROBERT BARKSDALE                                      24-CR-428

        Defendant

-----------------------------------------------------------X

       Upon the application of Robert Barksdale, by Charles V. Millioen, Esq. with Federal Defenders of New York, it is hereby,

       ORDERED that the United States Pretrial Services Agency for the Eastern District of New York allow Robert Barksdale to leave his home on May 24, 2025, to attend an event related to the death of a loved one, which is scheduled from 5:00 pm to 11:00 pm at 919 Myrtle Ave, Apt 13M, Brooklyn, New York. Mr. Barksdale shall travel directly to and from his home to the event. Mr. Barksdale shall provide Pretrial Services with any requested information relating to the event and adhere to the itinerary provided to Pretrial Services.

Dated: Brooklyn, New York
       May 23, 2025

                                                              SO ORDERED

                                                              *Brian M. Cogan*
                                                              _____

                                                              Honorable Brian M. Cogan
                                                              United States District Judge
                                                              Eastern District of New York